UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOEL IRIZARRY,

                              Plaintiff,

                                                        DECISION AND ORDER
                                                        10-CV-6398L

                              v.

WARDEN DUKE TERRELL,

                              Defendant.
_____

       I treat the Government's letter of January 19, 2011 (Dkt. #11) as a motion to vacate the entry of default entered in this case on December 9, 2010 (Dkt. #9). That motion is granted.

       The Clerk's entry of Default (Dkt. #9) is vacated.

       Plaintiff's motion for a default judgment (Dkt. #10) is denied.

       The Government is directed to respond and answer plaintiff's petition to reduce his sentence within twenty (20) days of entry of this Decision and Order.

       IT IS SO ORDERED.

                                                 _____
                                                   DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       January 21, 2011.