UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOEL IRIZARRY,

                        Plaintiff,

                                                    DECISION AND ORDER
                                                    10-CV-6398L

                     v.

WARDEN DUKE TERRELL,

                        Defendant.
_____

      The Government's request, by letter of January 27, 2011 (Dkt. #13), to move for transfer of the case, based on improper venue, is granted. Once the venue issue is resolved, the Court will set a schedule for the Government to respond to the merits.

      IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
           January 27, 2011.